December 14, 2007

Mr. C. Benton Musslewhite
Law Office of Benton Musslewhite
1705 West Gray, Suite A
Houston, TX 77019
Mr. Craig Smyser
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana, Suite 2300
Houston, TX 77002

RE: Case Number: 06-1073
 Court of Appeals Number: 01-04-01029-CV
 Trial Court Number: 99-58265

Style: BOB CHAMBERS, ET AL.
 v.
 JOHN M. O'QUINN, JOHN M. O'QUINN, P.C. AND JOHN M. O'QUINN D/B/A
 O'QUINN & LAMINACK

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles Bacarisse |
| |Ms. M. Karinne |
| |McCullough |